1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH E. WILLIAMS,<br><br>Defendant. | Case No.  6:21po-00078-HBK<br><br>ORDER DISMISSING ACTION |

18   Pending before the Court is the parties Joint Motion to Dismiss filed September 17, 2021.

19   (Doc. No. 21).  Mr. Kenneth E. Williams was issued three notices of violations (E-1168019, E-

20   1168020 and E-1168021) stemming from actions that allegedly occurred in November 2020 while

21   in Yosemite National Park.  (Doc. Nos. 1, 3 and 4).  On April 6, 2021, Mr. Williams, represented

22   by counsel, entered a plea of not guilty to the notices of violation.  (Doc. No. 15).  On September

23   2, 2021, the Court scheduled this matter for a status conference to be held on October 27, 2021.

24   (Doc. 20).  No further proceedings have been held in this matter.

25   The parties seek dismissal of this action due to the passing of Mr. Williams on September

26   16, 2021 in Turlock, California.  (Doc. No. 21).  The parties provide evidence of Mr. William's

27   death.  (Doc. Nos. 21, 21-1).

28   It is well-settled common law that actions founded upon penal statutes do not survive the

1   death of the alleged wrongdoer.  *Schreiber v. Sharpless*, 110 U.S. 76, 80, 35 S.Ct. 423, 424, 28

2   L.Ed. 65 (1884).  The Court expresses its condolences to the family of Mr. Kenneth E. Williams.

3          Accordingly, it is **ORDERED**:

4          1.       The parties Joint Motion to Dismiss (Doc. No. 21) is GRANTED.

5          2.       Notice of Violation bearing numbers E-1168019, E-1168020 and E-1168021 issued

6   to Kenneth E. Williams are DISMISSED with prejudice and this case is DISMISSED.

7

8

9   Dated:   September 20, 2021

10                                                     HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE

-2-